United States District Court
Southern District of Texas
**ENTERED**
September 30, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| CARLOS BENAVIDES and MELISSA NARVAIZ, | § § § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:25-CV-00120 |
| | § | |
| THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, A UTAH CORPORATION SOLE and JOHN JAY DEWITT, | § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is the parties' Stipulation of Dismissal. (Dkt. No. 8). The Stipulation provides that it was stipulated by the parties that the claims of Plaintiffs against Defendants be dismissed with prejudice. (*Id.* at 1)

Parties in a civil suit may generally dismiss the suit without a court order upon the filing of a stipulation of dismissal "signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Unless the notice or stipulation states otherwise, the dismissal is without prejudice." *Id.* Here, the Stipulation states that all claims of Plaintiffs against Defendants be dismissed with prejudice. (Dkt. No. 8 at 1).

Because the stipulation is signed by counsel for all parties that have appeared in this case, Plaintiffs' claims against Defendants the Church of Jesus Christ of Latter-Day Saints, a Utah Corporation Sole, and John Jay Dewitt were **DISMISSED WITH PREJUDICE** effective upon the filing of the Stipulation of Dismissal. (Dkt. No. 8). *See Whittier v. Ocwen Loan Servicing, L.L.C.*, 128 F.4th 724, 727 (5th Cir. 2025) (Stipulated dismissals under Rule 41(a)(1)(A)(ii) are "effective immediately and renders subsequent action by the district court superfluous with no force or effect" (quotations omitted)).

The Clerk is hereby **DIRECTED** to terminate the case.

It is so **ORDERED**.

**SIGNED** on September 30, 2025.

John A. Kazen
United States District Judge